**GREGORY L. WILDE, ESQ.**
Nevada Bar No. 004417
WILDE HANSEN LLP.
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: (702) 258-8200
bk@wildelaw.com
LOCAL COUNSEL

E-filed on 8/16/07

Attorneys for Secured Creditor
MORTGAGE CAPITAL RESOURCES CORP.,
Its successors and/or assigns,
8803-01162 / GW No.: 183-108

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

Stacey L. Mildon,

Debtor.

BK-S-05-51892-MKN

Chapter 13

### DECLARATION RE: NON-COMPLIANCE WITH DECLARATION RE BREACH OF CONDITION

THE UNDERSIGNED DECLARES AND STATES:

1. I am an employee of Wilde Hansen LLP., attorney for the above-entitled Secured Creditor, **MORTGAGE CAPITAL RESOURCES CORP., its successors and its assigns.**

2. That a Declaration Re Breach of Condition was served on July 18, 2007 and filed on the same date.

3. That on August 5, 2007, the Declaration Re Breach of Condition has expired and that the Secured Creditor has not received funds to cure.

4. That Secured Creditor requests the Court enter an Order Vacating Automatic Stay.

_____
An employee of Wilde Hansen LLP.

P:\Bankruptcy\BK TEMPLATES COREL WP\BKDec of Non
Compliance_Las Vegas.wpd

1