**ORIGINAL**

RECEIVED AND FILED
2008 MAR 14 AM 11:38
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  WILLIAM A. VAN METER, ESQ.
   Nevada State Bar No. 2803
2  P. O. Box 6630
   Reno, NV 89513
3  Telephone: (775) 324-2500

4  Chapter 13 Trustee

5           UNITED STATES BANKRUPTCY COURT

6                   DISTRICT OF NEVADA

7  In re:                        CASE NO.  BK-N-05-51892-MKN
8                                 Chapter 13
9  STACEY L. MILDON,
                                  **NOTICE OF UNCLAIMED FUNDS**
10                                **PURSUANT TO RULE 3011**

11
            Debtor(s).
12  _____/

13  TO:     CLERK, UNITED STATES BANKRUPTCY COURT

14  FROM:   WILLIAM A. VAN METER, CHAPTER 13 STANDING TRUSTEE

15      Pursuant to 11 U.S.C. §347 and Fed.R.Bankr.P3011, the
    following unclaimed funds are being forwarded to you to be
16  deposited in the registry of the United States Bankruptcy Court.
    These funds can be withdrawn as provided in Chapter 129, Title 28,
17  Section 2042.

18  Debtor     Debtors Name
    Refund     and Address                CAS 10600      CAS 61330
19
               Stacey L. Mildon           $5.00          $
20             P.O. Box 281
               Fernley, NV  89408
21
                                   TOTALS   $5.00        $
22
    Dated: _____
23                                   William A. Van Meter, Trustee

24  **Note:** Title 28, Chapter 129, Section 2042 allows for the withdrawal of dividends
    that have been deposited into the registry account. Make check payable to Clerk,
25  U.S. Bankruptcy Court.

26  **Note:** Claims that are $25.00 or less go into CAS 10600. Claims that are more
    than $25.00 go into CAS 61330. The amounts that are to be deposited into the
27  registry can be written on one check.

28

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bankr.P.9014, 7004 and Fed.Civ.P.4(g), I, Beatrice E. Meyers, hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on March 4, 2008 I served the NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011, filed by William A. Van Meter, Trustee, by mailing a copy thereof by first class mail, postage prepaid to:

Stacey L. Mildon
P.O. Box 281
Fernley, NV  89408

Sean P. Patterson, Esq.
232 Court Street
Reno, NV  89501

Dated this 4th day of March, 2008.

*/s/ Beatrice E. Meyers*
Beatrice E. Meyers